HEYMANN *v.* SOUTHERN RAILWAY COMPANY.

CANDLER, J.   The questions raised by the bill of exceptions were decided adversely to the plaintiff in error when this case was here before (*Southern R. Co.* v. *Heymann*, 118 *Ga.* 616), and are therefore res adjudicata.

*Judgment affirmed.   All the Justices concur.*

Submitted March 8, — Decided March 25, 1905.

Action for damages.    Before Judge Hammond.    Richmond superior court.    November 8, 1904.

*Samuel H. Myers*, for plaintiff.    *Joseph B. & Bryan Cumming* and *William K. Miller*, for defendant.